

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Quantel Rayshon Waggoner, Appellant | Appeal from the 7th District Court of Smith County, Texas (Tr. Ct. No. 007-1699-18). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating. |
| No. 06-19-00148-CR        v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Quantel Rayshon Waggoner, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED DECEMBER 13, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk